156 F.3d 1227
 Raymond Wood
v.
Edward G. Rendell, as Mayor of City of Philadelphia, City of
Philadelphia, John F. Street, as President of City Council
of City of Philadelphia, Augusta Clarke, as Chairperson of
Council's Committee on Public Property & Public Works,
Barbara Kaplan, as Director of Planning Commission of City
of Philadelphia, Zoning Board of Adjustments of City of
Philadelphia, Steven Kauffman, as Chief Executive Officer of
Community Ventures, Inc, Community
 NO. 97-1270
 United States Court of Appeals,
Third Circuit.
 May 6, 1998
 Appeal From: E.D.Pa. ,No.94cv01489
 
 1
 Affirmed.